**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se       \_\_\_\_\_As counsel for:   _____
                                           Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant    \_\_\_\_\_Appellee     \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant       \_\_\_\_\_Respondent or appellee

My address and telephone are:

  Name:              _____
  Law firm:          _____
  Address:           _____
  City, State and ZIP: _____
  Telephone:         _____
  Fax #:             _____
  E-mail address:    _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_   I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_   I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_   I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

  \_\_\_\_\_Yes   \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

 03/06/2015                           /s/ John A. Marlott
   Date                              Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on
by:

    US mail
    Fax
    Hand
    Electronic Means
    (by email or CM/ECF)


Name of Counsel                                          Signature of Counsel

Law Firm

Address

City, State, ZIP

Telephone Number

FAX Number

E-mail Address


NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.