# JONES DAY

500 GRANT STREET • SUITE 4500 • PITTSBURGH, PENNSYLVANIA 15219.2514
TELEPHONE: +1.412.391.3939 • FACSIMILE: +1.412.394.7959

Direct Number: (412) 394-9524
mwjohnson@JonesDay.com

JP010406　　　　　　　　　　　September 1, 2015
Our Ref.: 343355-610009

Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Pl. NW
Washington, DC 20005

　　　　　　　Re:　Re-File of Response and Reply Brief for Nos. 2015-1346, -1347

Dear Sir:

　　On August 31, 2015, Appellant SAS Institute Inc.'s Response and Reply Brief was filed with the Court, but under the wrong event name. Upon realizing the error, the undersigned contacted the Clerk's Office on September 1, 2015, and was asked to re-file the brief under the correct event.

　　Entry of the brief is respectfully requested, and any inconvenience to the Clerk's Office is regretted.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　Matthew W. Johnson

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON